# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| CHERYL CHESSER,<br>*Plaintiff* | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 1:24-CV-00053-SH |
| DESIGNER BRANDS, INC.,<br>DSW, INC. and DSW SHOE<br>WAREHOUSE, INC.,<br>*Defendants* | §<br>§<br>§<br>§ | |

## ORDER

On August 21, 2024, Plaintiff Cheryl Chesser filed a Voluntary Notice of Dismissal of Defendants Designer Brands, Inc. and DSW, Inc. without prejudice. Accordingly, Defendants Designer Brands, Inc. and DSW, Inc. are **DIMISSED** from this suit without prejudice. DSW Shoe Warehouse, Inc. remains as a Defendant.

**SIGNED** on April 24, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE